SEALED
Case 1:20-cr-00184-NLN-BAM Document 3 Filed 10/15/20 Page 1 of 2
FILED
Oct 15, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

McGREGOR W. SCOTT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AMY CAMPOS, <br><br> Defendant. | CASE NO. 1:20-cr-00184-DAD-BAM <br><br> MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on October 15, 2020, charging the above defendant with 21 U.S.C. § 841(a)(1) & (b)(1)(A), 18 U.S.C. § 922(g)(1) and other charges including Criminal Forfeiture Allegations be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the findings of the

Motion to Seal Indictment

Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: October 15, 2020              Respectfully submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney

                                By   /s/LAURA JEAN BERGER
                                     LAURA JEAN BERGER
                                     Assistant U.S. Attorney


    IT IS SO ORDERED.

Dated:   October 15, 2020            _____
                                     U.S. Magistrate Judge