GALATEA DeLAPP, 181581
Attorney at Law
1541 E. Fairmont Avenue 104
Fresno, CA  93704
Telephone: (559) 803-0471

Attorney for Defendant: **AMY CAMPOS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>AMY CAMPOS.<br><br>                    Defendants. | No.  1:20-cr-00184-NODJ-BAM<br><br>**STIPULATION & ORDER FOR CONTINUING SENTECNING DATE** |

    THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Stephanie Stokman, counsel for the government, and Galatea R. DeLapp, counsel for defendant AMY CAMPOS, that the sentencing currently set in this matter for**,** May 13, 2024 be continued to July 15, 2024 and that any and all sentencing memorandum for the parties be extended accordingly.

    The parties have agreed to this to accommodate schedule in order for the defendant to review the draft PSR, Final PSR and subsequent filings on her behalf. The defendant is housed two hours away

1

IT IS SO STIPULATED.

Respectfully submitted,

DATE: May 7, 2024          /s/ Galatea DeLapp
                           ***Galatea DeLapp***
                           Attorney for Defendant
                           Amy Campos

                           McGREGOR W. SCOTT
                           United States Attorney

                   By:     /s/ Karen Escobar
                           ***Stephanie Stokman***
                           Assistant U.S. Attorney

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for May 15, 2024 is continued until **July 15, 2024 at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **May 7, 2024**              /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE