GALATEA DeLAPP, 181581
Attorney at Law
1541 E. Fairmont Avenue 104
Fresno, CA  93704
Telephone: (559) 803-0471

Attorney for Defendant: **AMY CAMPOS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>AMY CAMPOS.<br><br>              Defendant. | No.  1:20-cr-00184-NODJ-BAM<br><br>**STIPULATION & ORDER FOR CONTINUING SENTENCING DATE** |

   THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Stephanie Stokman, counsel for the government, and Galatea R. DeLapp, counsel for defendant AMY CAMPOS, that the sentencing currently set in this matter for**, July 15, 2024** be continued to **August 12, 2024** and that any and all sentencing memorandum for the parties be extended accordingly.

   The parties have agreed to this to accommodate the need of the defense to gather complete information about dates relevant to a criminal history point event in light of a recent 9th Circuit opinion.

1

IT IS SO STIPULATED.

Respectfully submitted,

DATE: June 23, 2024         /s/ Galatea DeLapp
                            ***Galatea DeLapp***
                            Attorney for Defendant
                            Amy Campos

                            McGREGOR W. SCOTT
                            United States Attorney

                      By:   /s/ Stephanie Stokman
                            ***Stephanie Stokman***
                            Assistant U.S. Attorney

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for July 15, 2024 is continued until **August 12, 2024 at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **June 24, 2024**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE