PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>AMY CAMPOS,<br><br>                    Defendant. | CASE NO. 1:20-cr-00184-NODJ-BAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: August 12, 2024<br>TIME:<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 12, 2024.

2. By this stipulation, the parties now move to continue the sentencing until **September 9, 2024**, and to exclude time between August 12, 2024, and September 9, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties have been prepared to proceed to sentencing. However, the court date originally set for appearance in Fresno has been moved to an appearance in Sacramento. Counsel for the government and for defendant can travel to Sacramento, but the transportation of the defendant, who is in custody in the Bakersfield area, has been problematic for the United States Marshals Service (USMS) to arrange. Thus, the parties respectfully request a continuance of the sentencing to accommodate the ease of transportation effectuated by the USMS.

4. In an abundance of caution, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 12, 2024 to September 9, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 25, 2024					PHILLIP A. TALBERT
							United States Attorney

							/s/ STEPHANIE M. STOKMAN
							STEPHANIE M. STOKMAN
							Assistant United States Attorney

Dated:  July 25, 2024					/s/ GALATEA DELAPP
							GALATEA DELAPP
							Counsel for Defendant
							Amy Campos

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 26, 2024					/s/ John A. Mendez
							THE HONORABLE JOHN A. MENDEZ
							SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME			2
PERIODS UNDER SPEEDY TRIAL ACT